## STATE OF CONNECTICUT *v.* JEFFREY DAVID PATTON
### (AC 33537)

DiPentima, C. J., and Alvord and Bishop, Js.

Argued December 10, 2012—officially released January 1, 2013

Per Curiam. The judgment is affirmed.

## JASON DAY *v.* COMMISSIONER OF CORRECTION
### (AC 33591)

Lavine, Espinosa and West, Js.

Argued December 11, 2012—officially released January 1, 2013

Per Curiam. The appeal is dismissed.

## JOHN VIVO III *v.* COMMISSIONER OF CORRECTION
### (AC 33674)

Gruendel, Alvord and West, Js.

Argued December 12, 2012—officially released January 1, 2013

Per Curiam. The judgment is affirmed.